**FILED**

DEC 1 9 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JEFFREY GREENBERG (1)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 16CR1077-WQH

MAYRA GARCIA, CJA
_____
Defendant's Attorney

REGISTRATION NO. 56853298

[X] To add restitution

THE DEFENDANT:
[X] pleaded guilty to count(s) 1 OF THE INFORMATION

[ ] was found guilty on count(s)_____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1349 | WIRE FRAUD CONSPIRACY | 1 |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)_____

[ ] Count(s)_____ is [ ] are [ ] dismissed on the motion of the United States.

[X] Assessment: $100.00

[X] Fine waived          [ ] Forfeiture pursuant to order filed     10/12/2017    , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

OCTOBER 17, 2017
Date of Imposition of Sentence

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

16CR1077-WQH

Judgment — Page ___2___ of ___6___

DEFENDANT: JEFFREY GREENBERG (1)
CASE NUMBER: **16CR1077-WQH**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

81 months

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Residential Drug Abuse Program (RDAP) and be designated to a facility in the Western Region/as close to Arizona as possible

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

**16CR1077-WQH**

Judgment—Page    3    of    6

DEFENDANT: JEFFREY GREENBERG (I)
CASE NUMBER: **16CR1077-WQH**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

3 years

      The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than   4   drug tests per month during the term of supervision, unless otherwise ordered by court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒   The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis
     Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JEFFREY GREENBERG (1)
CASE NUMBER: **16CR1077-WQH**

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☒ Resolve all outstanding warrants within 60 days.

☐ Complete _____ hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☒ Notify the Collections Unit, United States Attorney's Office, before transferring any interest in property owned, directly or indirectly, including any interest held or owned under any other name, or entity, including a trust, partnership or corporation.

X Notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation until the fine or restitution is paid in full.

Judgment — Page __5__ of __6__

DEFENDANT: JEFFREY GREENBERG (1)
CASE NUMBER: 16CR1077-WQH

# RESTITUTION

The defendant shall pay restitution in the amount of _____$43,832,901_____ unto the United States of America.

This sum shall be paid ____ immediately.
__x__ as follows:

The Defendant shall pay restitution forthwith in the amount of $43,832,901 unto the United States of Ameria

Defendant shall pay restitution in full or at the rate of $350.00 per month, subject to increase or decrease on changed circumstances at the direction of the Probation Office. The Clerk is directed to disburse funds collected from Defendant to the following victims (SEE ATTACHMENT)

Defendant shall be jointly and severally liable to pay restitution with co-defendant/co-conspirators for the same loses. The presently known co-defendants/co-conspirators:
  Courtland Gettel 16CR1099-WQH

Defendant is subject to financial review as mandated by US Probation and the United States Attorney's Office. These payment schedule do no foreclose from the United States from exercising all legal action, remedies, and process available to it to collect the restitution judgment

The Court has determined that the defendant _____ have the ability to pay interest.  It is ordered that:

____  The interest requirement is waived.

____  The interest is modified as follows:

16CR1077-WQH

| Victim | Name and Address | Amount |
|---|---|---|
| R2R Capital | c/o Anita Jain<br>Meylan Davitt Jain Arevain & Kim LLP<br>444 S. Flower St, Ste, 1850<br>Los Angeles, CA 90071 | $3,011,437 |
| Javlin One, LLC | c/o Stephen Pedersen<br>1414 Harney Street, Ste. 440<br>Omaha, Nebraska 68102 | $17,014,741 |
| Frank Ragen | c/o Sandra Brower<br>Higgs Fletcher & Mac<br>401 West A St., Ste. 2600<br>San Diego, CA 92101 | $300,000 |
| LJ 6309, LLC | c/o Paul S. Metsch<br>402 W. Broadway, Ste. 2700<br>San Diego, CA 92101 | $8,142 |
| CPIF California | c/o Robert Barnes<br>1910 Fairview Ave E, 1st Fl.<br>Seattle, WA 98102 | $1,690,791 |
| Christiana Trust | c/o Jenny Merris<br>Parker Ibrahim & Berg LLC<br>695 Town Center Dr., 10th Fl.<br>Costa Mesa, CA 92626 | $6,638,879 |
| Stewart Title | c/o Catheryn Oakland<br>330 Madison Avenue, South, Ste. 201<br>Bainbridge Island, WA 98110 | $8,296,472 |
| Stewart Title of California | c/o Loretta Granger-Bedrano<br>7676 Hazard Center Dr., 14th Fl.<br>San Diego, CA 92108 | $94,655 |
| First American Title | c/o Bobby B. Ashrafi<br>Boss Law Firm, APLC<br>409 Camino Del Rio South, Ste. 201<br>San Diego, CA 92108 | $4,625,000 |
| Fidelity National Title | c/o Joel Powell, Esq.<br>601 Riverside Ave<br>Building Five, Fourth Floor<br>Jacksonville, FL 32204 | $2,152,784 |

Att: A